EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General
MARC A. KOHM
Deputy Attorney General
State Bar No. 208821
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-4926
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL A. ESCALANTE,**<br><br>                          Petitioner,<br><br>         v.<br><br>**RANDY GROUNDS, WARDEN,**<br><br>                          Respondent. | Case No. CV 02-7711-AHM (FMO)<br><br>**NOTICE OF APPEARANCE** |

     The California Attorney General, counsel for Respondent, Randy Grounds, Warden, hereby files this Notice of Appearance to inform the Court of assigned counsel for Respondent in this proceeding.

   //

1

1     Respondent hereby notifies the Court that the attorney with
2 principal charge of the case is as follows:
3     Marc A. Kohm. Deputy Attorney General
4     300 South Spring Street, Suite 1702
5     Los Angeles, CA 90013
6     Telephone: (213) 897-4926
7     E-mail: DocketingLAAWT@doj.ca.gov
8 Dated: November 16, 2010     Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General

/s/ Marc A. Kohm

MARC A. KOHM
Deputy Attorney General
*Attorneys for Respondent*

LA2002FH0748

2

## CERTIFICATE OF SERVICE

Case Name: **Darryl A. Escalante v. Anthony Kane, Warden**   No.   CV 02-7711-AHM (FMO)

I hereby certify that on <u>November 23, 2010</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

# NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 23, 2010</u>, at Los Angeles, California.

_____        _____
Mary Emami                                              Signature
Declarant

60582943.doc
LA2002FH0748