JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DARRYL ANDRES ESCALANTE,     )     NO. CV 02-7711 AHM (FMO)
                        Petitioner,   )
                           )
             v.           )     **JUDGMENT**
                           )
RANDY GROUNDS, Warden,      )
                    Respondent.  )
_____ )

     IT IS ADJUDGED that Grounds Two and Three in petitioner's Petition for Writ of Habeas Corpus ("Petition") are **denied with prejudice**.  The Petition is **granted** as to Ground One. Respondent is directed to release petitioner unless the State of California elects to grant petitioner a new trial within ninety (90) days of entry of Judgment.

DATED: June 14, 2012

_____
           A. HOWARD MATZ
       UNITED STATES DISTRICT JUDGE

**JS-6**