JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ANDRES ESCALANTE,<br><br>Petitioner,<br><br>v.<br><br>RANDY GROUNDS, Warden,<br><br>Respondent. | NO. CV 02-7711 AHM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that Grounds Two and Three in petitioner's Petition for Writ of Habeas Corpus ("Petition") are **denied with prejudice**. The Petition is **granted** as to Ground One. Respondent is directed to release petitioner unless the State of California elects to grant petitioner a new trial within ninety (90) days of entry of Judgment.

DATED: June 14, 2012

*/s/ A. Howard Matz*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**